**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mark A. Ahmann, et al., | Civil No. 06-3681 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Joseph A. Cole and Jim W. Abbott, individually and d/b/a J&J Acquisitions, LLC, et al., | |
| Defendants. | |

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**; and

2. This matter is summarily **REMANDED** to the Minnesota District Court for the Fourth Judicial District, in Hennepin County, Minnesota.

Dated: October 18, 2006

                   s/Richard H. Kyle
                   RICHARD H. KYLE
                   United States District Judge